DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M2K, LLC,**
Appellant,

v.

**TRX RESIDENTIAL, LLC,**
Appellee.

No. 4D17-1262

[September 28, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE6-014891.

Rodrigo S. Da Silva of Law Offices of Rodrigo S. Da Silva, P.A., Miami, for appellant.

C. Cory Mauro of Mauro Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***